IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCENTSATIONAL TECHNOLOGIES, LLC, | ) |
| | ) Case No. 7:13-cv-08645 (KMK) |
| Plaintiff, | ) |
| v. | ) |
| PEPSICO, INC., PEPSI-COLA TECHNICAL OPERATIONS, INC., THE QUAKER OATS COMPANY, STOKELY-VAN CAMP, INC., and TROPICANA PRODUCTS, INC. | ) ECF CASE |
| Defendants. | ) **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Shannon E. Turner, an associate at the law firm of Baker Botts L.L.P, being admitted to practice in this Court, hereby enter an appearance as counsel in the above-captioned action on behalf of Defendants PepsiCo, Inc., Pepsi-Cola Technical Operations, Inc., The Quaker Oats Company, Stokely-Van Camp, Inc., and Tropicana Products, Inc. and request that I be served with all future filings.

Dated: October 22, 2014         Respectfully submitted,

         BAKER BOTTS L.L.P.

         By: /s/ Shannon E. Turner
             Shannon E. Turner
             30 Rockefeller Plaza
             New York, New York 10112-4498
             Tele:  (212) 408-2542
             Fax:   (212) 259-2542
             shannon.turner@bakerbotts.com

         *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of October 2014, a copy of the foregoing NOTICE OF APPEARANCE was filed with the clerk of the court of the United States District Court for the Southern District of New York and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ Shannon E. Turner
      Shannon E. Turner