```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SCENTSATIONAL TECHNOLOGIES, LLC,                             :
                                                             :
                              Plaintiff,                     :
          -v-                                                :
                                                             :    13-cv-8645 (KBF)
                                                             :
PEPSICO, INC., PEPSI-COLA TECHNICAL                          :
OPERATIONS, INC., THE QUAKER OATS                            :    ORDER
COMPANY, STOKELY-VAN CAMP, INC.,                             :
TROPICANA PRODUCTS, INC.,                                    :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 23, 2018

KATHERINE B. FORREST, District Judge:

The Court issued an opinion granting summary judgment in favor of defendants today, May 23, 2018.  All dates for the purposes of an appeal will accordingly run from today.  However, the Court has not publicly filed the opinion.  It has emailed the opinion to the parties to allow them to propose redactions.

Any redaction request shall be submitted **not later than May 30, 2018**.  Any parties wishing to propose redactions must specify their proposals and provide reasoning for each one.  The Court will review and rule on each proposal before posting a redacted opinion to the public docket.

SO ORDERED.

Dated:     New York, New York
           May 23, 2018

                                _____
                                       KATHERINE B. FORREST
                                     United States District Judge